41

# United States Bankruptcy Court
For The
District of Maryland/Northern Division

Case No: 13-25624-JS
Judge: James F. Schneider
Date: 3/20/2014

**IN RE:** CYNTHIA T LEWIS
3012 ROMARIC CT APT H
BALTIMORE, MD 21209-3110

### NOTICE OF FILED CLAIMS

NOTICE IS HEREBY GIVEN of claims filed, which will be  paid in the amounts and manner set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

| Claim # | Name and Address of Creditor | Amount | | Classification |
|---|---|---|---|---|
| 001 | INTERNAL REVENUE SERVICE / CENTRALIZED INSOLVENCY OFFI<br>P O BOX 7346 / PHILADELPHIA, PA 19101-7346 | 6,191.34 | | Priority |
| | Acct: 8081 | | | |
| | Comment: AMD #1 UPDT | | | |
| 001 | INTERNAL REVENUE SERVICE / CENTRALIZED INSOLVENCY OFFI<br>P O BOX 7346 / PHILADELPHIA, PA 19101-7346 | 575.84 | | Unsecured |
| | Acct: 8081 | | | |
| | Comment: AMD #1 UPDT | | | |
| 002 | MARINER FINANCE LLC / 3301 BOSTON STREET #201<br>BALTIMORE, MD 21224 | 4,825.36<br>4.2500% From 09/14/2013 | | Secured |
| | Acct: 9011 | | | |
| | Comment: Order #12 on Interest 10/11/1: | | | |
| 003 | COMPTROLLER OF THE TREASURY / COMPLIANCE DIVISION/INDI<br>301 W PRESTON STREET #409 / BALTIMORE, MD 21201-2383 | 3,404.00 | | Priority |
| | Acct: 8081 | | | |
| | Comment: | | | |
| 003 | COMPTROLLER OF THE TREASURY / COMPLIANCE DIVISION/INDI<br>301 W PRESTON STREET #409 / BALTIMORE, MD 21201-2383 | 57.00 | | Unsecured |
| | Acct: 8081 | | | |
| | Comment: | | | |
| 004 | QUANTUM3 GROUP LLC as agent for / COMENITY BANK<br>P O BOX 788 / KIRKLAND, WA 98083-0788 | 1,977.94 | | Unsecured |
| | Acct: 5537 | | | |
| | Comment: | | | |
| 005 | ALTAIR OH XIII LLC / C/O WEINSTEIN & RILEY PS<br>2001 WESTERN AVENUE #400 / SEATTLE, WA 98121 | 3,127.27 | | Unsecured |
| | Acct: 3197 | | | |
| | Comment: | | | |
| 006 | PORTFOLIO RECOVERY/PRA RECEIVABLES / GE CAPITAL<br>P O BOX 41067 / NORFOLK, VA 23541 | 2,719.39 | | Unsecured |
| | Acct: 8337 | | | |
| | Comment: | | | |
| 007 | PORTFOLIO RECOVERY/PRA RECEIVABLES / GE CAPITAL<br>P O BOX 41067 / NORFOLK, VA 23541 | 1,282.39 | | Unsecured |
| | Acct: 9343 | | | |
| | Comment: | | | |
| 008 | LVNV FUNDING LLC/FNBM LLC / RESURGENT CAPITAL SERVICES<br>P O BOX 10587 / GREENVILE, SC 29603-0587 | 386.41 | | Unsecured |
| | Acct: 0674 | | | |
| | Comment: | | | |

# United States Bankruptcy Court

For The
District of Maryland/Northern Division

Case No: 13-25624-JS

Judge: James F. Schneider

Date: 3/20/2014

**IN RE:** CYNTHIA T LEWIS
3012 ROMARIC CT APT H
BALTIMORE, MD 21209-3110

### NOTICE OF FILED CLAIMS

NOTICE IS HEREBY GIVEN of claims filed, which will be paid in the amounts and manner set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

| Claim # | Name and Address of Creditor | Amount | | Classification |
|---|---|---|---|---|
| 009 | BANK OF AMERICA / P O BOX 15026<br>WILMINGTON, DE 19850-5026 | None | | Not Filed<br>.00 |
| | Acct: 5464 | | | |
| | Comment: | | | |
| 010 | BANK OF AMERICA / PO BOX 15285<br>WILMINGTON, DE 19850 | None | | Not Filed<br>.00 |
| | Acct: 1469 | | | |
| | Comment: | | | |
| 011 | BARENBURG OPTICAL / 100 PARK AVENUE<br>BALTIMORE, MD 21201 | None | | Not Filed<br>.00 |
| | Acct: 4576 | | | |
| | Comment: | | | |
| 012 | DIAMOND RESORTS FS / 10600 W CHARLESTON BLVD<br>LAS VEGAS, NV 89135 | None | | Not Filed<br>.00 |
| | Acct: 7746 | | | |
| | Comment: | | | |
| 013 | I C SYSTEM / 444 HIGHWAY 96 EAST<br>P O BOX 64887 / SAINT PAUL, MN 55164 | None | | Not Filed<br>.00 |
| | Acct: 8178 | | | |
| | Comment: | | | |

# United States Bankruptcy Court

For The
District of Maryland/Northern Division

Case No: 13-25624-JS

Judge: James F. Schneider

Date: 3/20/2014

**IN RE:** CYNTHIA T LEWIS
3012 ROMARIC CT APT H
BALTIMORE, MD 21209-3110

### NOTICE OF FILED CLAIMS

NOTICE IS HEREBY GIVEN of claims filed, which will be paid in the amounts and manner set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

| Claim # | Name and Address of Creditor | Amount | Classification |
|---|---|---|---|
| 014 | LIFE BRIDGE / P O BOX 64144 BALTIMORE, MD 21264 | None | Not Filed .00 |
| | Acct: 4241 | | |
| | Comment: | | |
| | Total | 24,546.94 | |
| | TAMARA R GOOD ESQUIRE GOOD LAW P C 100 WEST ROAD SUITE 300 TOWSON, MD 21204 | 3,121.00 | Debtor's Attorney |

Pursuant to 11 U.S.C. 502 (a), the filed claims are deemed allowed for purposes of distribution and shall be paid if provided for under the plan.
DEBTOR(S): IF YOU BELIEVE A CLAIM IS NOT CORRECT, YOU MUST FILE AN OBJECTION IN ACCORDANCE WITH BANKRUPTCY RULE 3007 AND LOCAL BANKRUPTCY RULE 3007-1.

/s/ Ellen W. Cosby

Ellen W. Cosby, Trustee
300 E. Joppa Road, Suite 409
Towson, MD 21286

I hereby certify that on 03/20/2014 a copy of this Notice was served on the Debtor(s) by regular mail, postage prepaid. I further certify that a copy of this notice was served on the attorney for the Debtor(s) electronically through the Court's ECF system on the date this Report was uploaded for filing.

/s/ Ellen W. Cosby

Ellen W. Cosby, Trustee